**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7481**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ANDRE GERARD LEWIS,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge. (CR-99-314, CA-01-88-3)

———————

Submitted: November 21, 2002        Decided: December 4, 2002

———————

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Andre Gerard Lewis, Appellant Pro Se. John Staige Davis, V, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Andre Gerard Lewis appeals the district court's order denying without prejudice Lewis' motion, styled as a motion to amend his 28 U.S.C. § 2255 (2000) motion, after construing it as an unauthorized successive § 2255 motion.  Lewis' motion to amend is tantamount to a successive § 2255 motion, for which Lewis must obtain authorization from this court to file.  Accordingly, we deny a certificate of appealability and dismiss the appeal for the reasons stated by the district court.  See United States v. Lewis, Nos. CR-99-134; CA-01-883 (E.D. Va. Sept. 26, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2